# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILIP J. CHARVAT,**

    **Plaintiff,**

    v.

**SHAMPAN LAMPORT, LLC,**

    **Defendant.**

Civil Action 2:16-cv-120
Judge James L. Graham
Magistrate Judge Jolson

## **ORDER**

Defendant has filed a Motion for an Extension of Time to Move or Plead. (Doc. 9). For good cause shown, Defendant's Motion is granted. Defendant shall have until April 15, 2016 to move or plead in response to the allegations of Plaintiff's Complaint.

IT IS SO ORDERED.

Date: March 28, 2016

s/ Kimberly A. Jolson
Kimberly A. Jolson
United States Magistrate Judge