# Leads Unlimited

7 Musket Court
Miller Place, NY 11764
Phone 1-866-491-INFO (4636)

| Bill To |
|---|
| National Securities<br>Don Bianco<br>1 Huntington Quadrangle<br>Suite 2N01<br>Melville NY 11747 |

# Invoice

| Date | Invoice # |
|---|---|
| 2/17/2015 | 4916 |

| P.O. No. | Terms | Ship Via |
|---|---|---|
| LU 5593 | | |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| LEADS | 3,500 | Business Info<br>1000 Of MN OH WA<br>500 O f CA<br>1-10 Million Sales volume | 0.07 | 245.00T |

Thank you for your business.

Fax Number
631-476-4392

Email
leadsunl@optonline.net

Website
www.leadsunltd.com

| | |
|---|---|
| **Sales Tax (8.625%)** | $21.13 |
| **Total** | $266.13 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $266.13 |

Leads Unlimited complies with all Federal and State Do Not Call Lists. Leads Unlimited accepts no liability as it is the sole responsibility of the end user.

# UNITED MARKETING GROUP, INC.

6405 West Caton Farm Rd.  
Plainfield, IL 60586

Phone: 815-577-0777  
Fax: 815-577-1777

May 8, 2015

National Securities Corp.  
Don Bianco  
1 Huntington Quadrangle  
Suite 2 N 01  
Melville, NY 11747

## INVOICE

| SERVICE DESCRIPTION | DATE | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| SALES LEADS (MATT TURSELLINO) | 5-8-15 | | | $330.00 |
| PAID IN FULL | | | | |

| BALANCE DUE |
|---|
| |

**BALANCE DUE AND PAYABLE UPON RECEIPT**

Shampan Lamport 0002



**INTEGRATED SYSTEMS**

**MAILING LIST SPECIALISTS SINCE 1981**
1019B Industrial Drive
West Berlin, NJ 08091-9141
(856) 210-2321 - Fax (856) 210-2396
Toll Free: (800) 939-5323
**LIST BROKERS * LIST ADVISORS**

## Invoice

Invoice Number: 53238
Date: MARCH 20, 2015



www.integratedlists.com

| BILL TO: | SHIP TO: |
|---|---|
| NATIONAL SECURITIES<br>#1 HUNTINGTON QUADRANGLE SUITE 2N01<br>MELVILLE, NY 11747<br>ATTN: DONALD BIANCO<br>FOR: ARAMIS SERFERIAN | -SAME- |

| SALESPERSON | TERMS | SHIP VIA | ORDER # # | ORDER # |
|---|---|---|---|---|
| JOHN | AMEX # 023/PAID IN FULL | FEDEX-G | | IN2718-81 |

| QTY. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 6,000 | ACCREDITED INVESTORS AT BUSINESS | | $772.00 |
| 6,000 | 3X5 I/S CUSTOM BLUE CARDS | | NO CHARGE |
| | | | |
| | GEOGRAPHY: CO, TX, MN, IL | | |
| | | | |
| | | SUBTOTAL | $772.00 |
| | | SHIPPING & HANDLING | $99.00 |
| | | TOTAL | $871.00 |

**THANK YOU FOR YOUR ORDER!**

AUTHORIZED FOR PAYMENT BY:_____

DATE OF SIGNATURE:_____  TITLE:_____

I/S FED ID# 22-3192414        *ALL SALES ARE FINAL -- LISTS ARE NOT RETURNABLE*

Shampan Lamport 0003