IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILIP J. CHARVAT,**

  **Plaintiff,**

             Civil Action 2:16-cv-00120
             Judge George C. Smith
  **v.**           Magistrate Judge Elizabeth P. Deavers

**SHAMPAN LAMPORT LLC,**

  **Defendant.**

## ORDER

  On December 22, 2018 the parties filed a Joint Status Report (ECF No. 54) to inform the Court that following a mediation the parties have reached a tentative agreement on a class action settlement. Accordingly, the parties are **ORDERED** to file a status report regarding the status, but not the substance, of the settlement negotiations by **FEBRUARY 1, 2019** unless an appropriate motion for preliminary approval of the class action settlement has been filed by that date.

  **IT IS SO ORDERED.**


Date: December 26, 2018           /s/ *Elizabeth A. Preston Deavers*
                  ELIZABETH A. PRESTON DEAVERS
                  UNITED STATES MAGISTRATE JUDGE