# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILIP J. CHARVAT,**

    **Plaintiff,**

                                          **Civil Action 2:16-cv-00120**
                                          **Judge George C. Smith**
    **v.**                                      **Chief Magistrate Judge Elizabeth P. Deavers**

**SHAMPAN LAMPORT, LLC,**

    **Defendant.**

## ORDER

    This matter is before the Court on the parties' Joint Status Report filed on February 1, 2019.  (ECF No. 75.)  The parties report that a proposed settlement agreement is being drafted.  Accordingly, the parties are **ORDERED** to file a joint status report updating the Court on the status, but not the substance, of settlement negotiations on or before **MARCH 4, 2019** unless a settlement agreement and motion for preliminary approval have been filed in the interim.

    **IT IS SO ORDERED.**


Date: February 4, 2019                                    /s/ *Elizabeth A. Preston Deavers*
                                                                ELIZABETH A. PRESTON DEAVERS
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE