IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILIP J. CHARVAT,**

    **Plaintiff,**

                                                Civil Action 2:16-cv-00120
                                                Judge George C. Smith
    **v.**                                             Chief Magistrate Judge Elizabeth P. Deavers

**SHAMPAN LAMPORT LLC,**

    **Defendant.**

**ORDER**

This matter is before the Court for consideration of the parties' Joint Status Report filed in related case 2:14-cv-02205-GCS-EPD *Charvat v. National Holdings Corporation* (ECF No. 77 in 2:14-cv-02205).  The Court construes the status report to apply to the instant action.

The parties report that a proposed settlement agreement has been drafted and they anticipate that an executed settlement agreement and a motion for preliminary approval will be filed by March 29, 2019.  Accordingly, the parties are **ORDERED** to file a **JOINT STATUS REPORT** outlining the status, but not the substance, of settlement on or before **APRIL 1, 2019** unless a settlement agreement a motion for preliminary approval has been filed in the interim.

For purposes of docket administration, Defendant's Motion to Compel (ECF No. 46) is **DENIED WITHOUT PREJUDICE** subject to reactivation should the parties be unable to reach a final agreement.

IT IS SO ORDERED.


Date: March 5, 2019					/s/ *Elizabeth A. Preston Deavers*_____
							**ELIZABETH A. PRESTON DEAVERS**
							**CHIEF UNITED STATES MAGISTRATE JUDGE**