# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILIP J. CHARVAT on behalf of himself and others similarly situated,**

       Plaintiff,

v.

**NATIONAL HOLDINGS CORPORATION d/b/a NATIONAL SECURITIES,**

       Defendant.

Case No. 2:14-cv-02205
JUDGE GEORGE C. SMITH
Magistrate Judge Deavers

---

**PHILIP J. CHARVAT on behalf of himself and others similarly situated,**

       Plaintiff,

v.

**SHAMPAN LAMPORT LLC,**

       Defendant.

Case No. 2:16-cv-00120
JUDGE GEORGE C. SMITH
Magistrate Judge Deavers

## ORDER

The final approval hearing currently scheduled in this matter for September 25, 2019 at 2:00 p.m. is hereby referred to Magistrate Judge Deavers for consideration of the Motion for Final Approval to be filed ten days prior to the Final Approval Hearing.

       **IT IS SO ORDERED.**

       */s/ George C. Smith*
       **GEORGE C. SMITH, JUDGE**
       **UNITED STATES DISTRICT COURT**