**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Philip J. Charvat on behalf of
himself and others similarly situated,

      vs            Case No. 2:14-cv-2205 & 2:16-cv-120

National Holdings Corporation
d/b/a National Securites      **Judge Smith**
                               **Magistrate Judge Deavers**

      and

Philip J. Charvat on behalf of
himself and others similarly situated,

      vs.

Shampan Lamport, LLC.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED and AFFIRMED in accordance with the terms set forth in detail in the Report and Recommendation.

Date:  **October 16, 2019**          **Richard W. Nagel, Clerk**

                                         s/ Scott Miller
                                    By Scott Miller /Deputy Clerk